COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT – ACCELERATED TERMINATION APPEAL

Appellate case name:      In the Interest of T.P., Jr., a Child

Appellate case number:    01-13-00057-CV

Trial court case number:  0863981

Trial court:              312th District Court of Harris County

This is a termination appeal, but the notice of appeal did not indicate whether appellant is presumed indigent. However, appellant has an appointed attorney, although it appears that this attorney may have been discharged by the trial court after filing the notice of appeal. In a suit filed by a governmental entity in which termination of the parent-child relationship is requested, a parent who the court has determined is indigent for purposes of appointment of an attorney ad litem is presumed to remain indigent for the duration of the suit and subsequent appeal. TEX. FAM. CODE ANN. §107.013(e).

Accordingly, we abate this appeal and remand the case to the trial court. The trial court is directed to make a written finding regarding whether appellant was determined to be indigent in the underlying cause. If so, and if the trial court has permitted appellant's appointed attorney to withdraw, the trial court is directed to appoint a new attorney for appellant. The trial court's written finding regarding appellant's indigence, and written appointment of a new appellate attorney if necessary, shall be filed with this Court in a supplemental clerk's record **within 5 days of the date of this order.** Because this is a termination case, the Court is required to bring this appeal to final disposition within 180 days of the date the notice of appeal was filed so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. F app. (West Supp. 2012).

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental clerk's record is filed in this Court.

It is so ORDERED.


Judge's signature:/s/ Justice Evelyn V. Keyes
                     ☑ Acting individually    ☐ Acting for the Court

Date:  January 24, 2013